UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

      v.                                                Case No.:  3:26-mj-01099-MCR

STEPHEN LAWRENCE NEGRON,

        Defendant,
_____/

Defense Atty.: LISA CALL
AUSA: ARNOLD CORSMEIER

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | March 13, 2026 2:04 PM – 2:12 PM 8 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL | BENJAMIN FELDER |

**CLERK'S MINUTES**

PROCEEDINGS:    INITIAL APPEARANCE/RULE 5

The defendant was arrested by the FBI on March 13, 2026, on a Complaint out of the Eastern District of Tennessee.

The Court requested the presence of counsel for the possible appointment of counsel.

The defendant requested court-appointed counsel and was placed under oath. Judge Richardson questioned the defendant regarding his financial ability to retain counsel. Based on the defendant's financial affidavit, the Court appointed the Federal Public Defender's Office.

- 1 -

Oral Notice of Appearance entered on behalf of the defendant by Lisa Call.

Judge Richardson advised the defendant of his rights and directed Mr. Corsmeier to inform the defendant of the charges, penalties, and special assessment.

Mr. Corsmeier orally moved for detention and a continuance of the detention hearing.

Judge Richardson set the detention hearing for **March 18, 2026, at 10:30 a.m.**

**Order of Temporary Detention to enter.**