# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **COMMITMENT** |
| **v.** | **TO ANOTHER DISTRICT** |
| **STEPHEN LAWRENCE NEGRON** | **CASE NO. 3:26-MJ-1099-MCR** |

<table>
<tr><td colspan="3" align="center"><strong>CHARGES</strong></td></tr>
<tr><td align="center"><strong>Charging Document</strong></td><td align="center"><strong>Statute</strong></td><td align="center"><strong>Charging District</strong></td></tr>
<tr><td rowspan="2" align="center">Warrant/Complaint</td><td rowspan="2">18 U.S.C. 2423</td><td>Eastern District of Tennessee</td></tr>
<tr><td>Case Number: 2:26-mj-30</td></tr>
<tr><td colspan="3"><strong>Description:</strong> Transporting a Minor in Interstate Commerce for the Purpose of Criminal Sexual Activity</td></tr>
<tr><td colspan="3" align="center"><strong>PROCEEDINGS</strong></td></tr>
<tr><td><strong>BOND STATUS:</strong></td><td colspan="2">Defendant waived identity hearing, production of the warrant, and detention hearing, and any preliminary, but reserved his right to have those hearings held in the charging district.</td></tr>
<tr><td><strong>COUNSEL:</strong></td><td colspan="2">Court Appointed/Federal Public Defender</td></tr>
<tr><td><strong>INTERPRETER:</strong></td><td colspan="2">None Required</td></tr>
</table>

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of Defendant and to transport him with a certified copy of this Commitment Order forthwith to the Charging District, and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
Monte C. Richardson, United States Magistrate Judge

Date: 3/20/26

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

AO 94 (Rev. 8/97) Commitment to Another District